IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| R. WAYNE KLEIN, as Receiver,<br><br>Plaintiff,<br>v.<br><br>CAROL SLAUGHTER, and JOHN DOES 1-5,<br><br>Defendant. | ORDER AND MEMORANDUM DECISION GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Case No. 2:13-cv-524 BCW<br><br>Magistrate Judge Brooke Wells |

On April 24, 2015, Plaintiff filed a Motion for Partial Summary Judgment.[1] Defendant failed to oppose the motion and on July 23, 2015 the court entered an Order to Show Cause directing Defendant to file any opposition to the motion on or before August 3, 2015.[2] To date no opposition has been filed and no response has been filed to the Order to Show Cause.

Pursuant to Federal Rule 56, Plaintiff (also appointed as the Receiver in this matter) seeks "summary judgment on the First, Second, Third and Fifth Causes of Action of the Receiver's Complaint against Defendant. . . ."[3] Based upon no opposition being filed to this motion, Local Rule 7-1(d) noting that a failure to oppose a motion may result in the court granting it, and no response to the court's Order to Show Cause, Plaintiff's Motion for Partial Summary Judgment is GRANTED. Summary Judgment is granted on the First, Second, Third and Fifth Causes of Action of the Receiver's Complaint against Defendant Carol Slaughter.

IT IS SO ORDERED.

---

[1] Docket no. 21.

[2] Docket no. 27.

[3] Mtn p. 1, docket no. 21.

DATED this 10 August 2015.

_____
Brooke C. Wells
United States Magistrate Judge