IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| R. WAYNE KLEIN, as Receiver,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>CAROL SLAUGHTER, and JOHN DOES 1-5,<br><br>　　　　　　　　　Defendant. | ORDER AND MEMORANDUM DECISION GRANTING RECEIVER'S MOTION SEEKING DISMISSAL OF FOURTH AND SIXTH CAUSES OF ACTION AND AWARD OF PREJUDGMENT INTEREST AND ENTRY OF JUDGMENT<br><br>Case No. 2:13-cv-524 BCW<br><br>Magistrate Judge Brooke Wells |

　　　　On September 1, 2015, Plaintiff R. Wayne Klein (Receiver) filed a motion seeking dismissal of the fourth and sixth causes of action and an award of prejudgment interest and an entry of a separate judgment.[1]  On October 7, 2015, the court entered an order to show cause directing the Defendants to file a response to the motion on or before October 19, 2015.[2]  As of the date of this decision there has been no response filed to either the motion or the order to show cause.

　　　　Based upon the reasoning found in the Receiver's motion, no opposition being filed to the motion or the order to show cause,  and as authorized by Local Rule 7-1(d), which states that a "[f]ailure to respond timely to a motion may result in the court's granting the motion without further notice"[3] the court GRANTS the Receiver's motion.

　　　　IT IS SO ORDERED.

---

[1] Docket no. 29.

[2] Docket no. 30.

[3] DUCivR. 7-1(d).

DATED this 2 November 2015.

       _____
       Brooke C. Wells
       United States Magistrate Judge